(Del. Rev. 11/14) Pro Se General Complaint Form

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Shantell Newman

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

Mayor Mike Purzycki

Wilmington PD

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)_

Civ. Action No. 22-167

(To be assigned by Clerk's Office)

**COMPLAINT**
(Pro Se)

Jury Demand?
☑ Yes
☐ No

FILED 2022 FEB -7 AM 2:51 CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

(Del. Rev. 11/14) Pro Se General Complaint Form

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: **Newman, Shantell D**
Name (Last, First, MI)

**703 North Orange Street**
Street Address

**Wilmington, New Castle    Del    19801**
County, City                    State        Zip Code

Telephone Number: _____

E-mail Address (if available): **blackqueen@gmail.com**

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **Mayor Mike Purzycki**
Name (Last, First)

**800 N. French Street 9th Floor**
Street Address

**New Castle   Delaware   19801**
County, City      State        Zip Code

Defendant 2: **Wilmington PD**
Name (Last, First)

**300 N Walnut St. Wilmington**
Street Address

**New Castle   Del   19801**
County, City      State        Zip Code

(Del. Rev. 11/14) Pro Se General Complaint Form

**Defendant(s) Continued**

Defendant 3:  N/A
Name (Last, First)

_____
Street Address

County, City          State          Zip Code

Defendant 4:  N/A
Name (Last, First)

_____
Street Address

County, City          State          Zip Code

## II.    BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☑ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☐ **Federal Question:** Claim arises under the Constitution, laws or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

N/A no Federal Question

(Del. Rev. 11/14) Pro Se General Complaint Form

### III. VENUE

*This court can hear cases arising out of the Counties of New Castle, Kent, and Sussex in the State of Delaware.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

Under 28, U.S.C 1391 (1) (2) (3) (4) Apply thank you -

### IV. STATEMENT OF CLAIM

Place(s) of occurrence: Wilmington, Delaware

Date(s) of occurrence: Jan 28, 2022 -

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

[What happened to you?]

On January 28, 2022 I recieved a Email saying my property would be towed off public Streets. Its my right to travel using of Ordinary Vehicles. Delaware has adopted The 10 Maxims of Commercial Law. Truth is sovereign Under title VI Legal Manuel

(Del. Rev. 11/14) Pro Se General Complaint Form

I Contacted Mike
Private Rights of Action and Individual Relief Throug Agency Action. Barnes v. Goman. I have 10 basic human Rights every person who is Human has. Under 42 U.S Code § 1983 Civil action for deprivation of rights. The Mayor's office tried taking my Car by using illegal practice under 42 U.S Code and 18 U.S Code 242 Deprivation of rights under Color of law. The Mayor office Comitted a tort transfer action by retaliation of destroying my property. They took tickets from 2014 when the Attorney General office Kidnapped me. Put $600.00 worth of illegal tickets on my Car. I called the DMV, DMV called Jennifer the Director of the Mayor office and said They cant do that. Anything from 2015 They cant use. The DMV said I sold them the Car in 2015. Thats impossible I was a Slave at BWCI for 3 year 2014-2017 - 2017-2020 Now they are retaliating because I called all Month saying this is not legal. I woke up with wires coming out my tire that is not part of my tire. I went to the police department tried to file another police report on the police and I was told no. My right to file a Complaint was denied and They Laughed. HB 149

> Was anyone else involved?

(Del. Rev. 11/14) Pro Se General Complaint Form

goes in to detail. These officers investigate themselves and Now I have officers Perticipating in unconstitutional Acts. I'am Unable to prove it because the police at WPD have denied me my Right to a Citizen Complaint. I have the officers on Record because I went live, now Social Media has allowed Me to tell my Story. The Courts have kept documentation Since Oct 2021. I'am Requesting All Calls from The Mayor office and the Recording from the Station showing the officers Conduct. Also I want the Mayor office to Leave my Car Alone please. I fear for my saftey Againts These Forces. Seen and Unseen.

Who did what?

(Del. Rev. 11/14) Pro Se General Complaint Form

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

PTSD, Embarsement of Car being booted 600.00 - 300.00 Money forcefully Taken from me, Cant drive have to pay for a new tire.

## VI. RELIEF

The relief I want the court to order is:

☑ Money damages in the amount of: $100,000,000

☐ Other (explain):

Investigation into police Departments in Delaware.

HB 149 passed to the White House.

(Del. Rev. 11/14) Pro Se General Complaint Form

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Dated: 2/7/22

Plaintiff's Signature

Printed Name (Last, First, MI): Newman, Shantell A

Address: 703 North Orange St, Wilmington, Del 19801

E-mail Address: Blackqueen@gmail.com

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**